

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ED SANCHEZ D/B/A DELUXE AUTO SERVICES, | § | No. 08-22-00220-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law #2 |
| V. | § | of Travis County, Texas |
| CEDRICK THOMAS, | § | (TC# C-1-CV-19-009616) |
| Appellee. | | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF NOVEMBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.